Opinion by DOWDELL, J.

---

# Viberg *v.* The State.

APPEAL from the City Court of Montgomery.
Tried before the Hon. WILLIAM H. THOMAS.

TERRY RICHARDSON, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for larceny.

The questions raised by the record in this case are substantially the same which in *Verberg v. State, ante,* p. 100, were decided adversely to this appellant's contention. On the authority of that case the judgment in this is affirmed.